IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FARRAH W.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No.: 3:22-cv-374

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 17); AND (2) AWARDING PLAINTIFF ATTORNEY'S FEES, AND NO COSTS, UNDER THE EAJA IN THE TOTAL AMOUNT OF $5,444.00**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 17. The parties have stipulated to an award of $5,444.00 in full satisfaction and settlement of any and all claims for fees, and no costs, under the EAJA that Plaintiff may have in the instant case. *Id*. For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **GRANTS** Plaintiff a total EAJA award of $5,444.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

    June 3, 2024                                  s/*Michael J. Newman*
                                                           Hon. Michael J. Newman
                                                           United States District Judge